EXHIBIT 1

5

US00D553441S

(12) **United States Design Patent**
Mirpuri

(10) Patent No.: **US D553,441 S**
(45) Date of Patent: ** **Oct. 23, 2007**

(54) **CUP**

(76) Inventor: **Karishma Mirpuri**, 25B Shelter Rock Rd., Manhasset, NY (US) 11030

(**) Term: **14 Years**

(21) Appl. No.: **29/260,354**

(22) Filed: **May 24, 2006**

(51) LOC (8) Cl. ................................................ **07-01**
(52) U.S. Cl. ...................................... **D7/523; D7/509**
(58) Field of Classification Search ............ D7/396.2, D7/500, 509, 510, 523, 524, 526–528, 530–532, D7/540, 565, 584, 900, 354; D9/500, 502, D9/516, 519, 549, 555, 776, 778, 429; D34/1; 215/10, 387, DIG. 7; 220/495.04, 560, 592.16, 220/592.17, 703; 226/406; 229/400; 383/110; D1/105; 219/725
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D192,485 | S | * | 3/1962 | Eicholtz ....................... D9/429 |
| D224,797 | S | * | 9/1972 | Thrush ........................ D7/523 |
| D414,375 | S | * | 9/1999 | Diulius ........................ D7/354 |
| D426,427 | S | * | 6/2000 | Rubbright et al. ........... D7/565 |
| 6,175,105 | B1 | * | 1/2001 | Rubbright et al. .......... 219/725 |
| D453,447 | S | * | 2/2002 | Bi ............................... D7/531 |
| D454,304 | S | * | 3/2002 | Kim et al. ................... D9/429 |
| D473,788 | S | * | 4/2003 | Chen et al. .................. D9/428 |
| D529,681 | S | * | 10/2006 | Michie ....................... D1/105 |
| D532,293 | S | * | 11/2006 | Martin ........................ D9/425 |

* cited by examiner

*Primary Examiner*—Philip S. Hyder
*Assistant Examiner*—Cynthia Underwood
(74) *Attorney, Agent, or Firm*—Our Pal LLC

(57) **CLAIM**

I claim the ornamental design for my cup, as shown and described.

**DESCRIPTION**

FIG. 1 is an isometric perspective view of the cup of this invention.

FIG. 2 is a top elevation thereof;

FIG. 3 is a front (or side) elevation thereof; and,

FIG. 4 is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**





Fig. 1

**U.S. Patent**        Oct. 23, 2007        Sheet 2 of 4        US D553,441 S



**Fig. 2**

U.S. Patent       Oct. 23, 2007       Sheet 3 of 4       US D553,441 S



**Fig. 3**



# Fig.4