JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 9845**
Case No.

**Plaintiff**
Innovation Bargain, LLC d/b/a iPackSolution

-v-

Wessco International

**Defendant**

**Rule 7.1 Statement**

NOV 0 7 2007

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ____Plaintiff, Innovation Bargain, LLC____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: Nov. 6, 2007

_____
Signature of Attorney

Attorney Bar Code: GB 8364

Form Rule7_1.pdf