IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INNOVATION BARGAIN, LLC D/B/A IPACKSOLUTION<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>WESSCO INTERNATIONAL<br><br>　　　　　　　　Defendant. | Civil Action No. 07-CV-9845<br><br>NOTICE OF DISMISSAL |

PLEASE TAKE NOTICE that the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

DATED: December 11, 2007

*/s/ Gerard P. Norton*

Gerard P. Norton, Esquire
Fox Rothschild LLP
100 Park Ave., Suite 1500
New York, NY 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
gnorton@foxrothschild.com
Attorneys for Plaintiffs

SO ORDERED:

Dated: New York, New York

　　　　　　　, 2007

_____
United States District Judge Lewis A. Kaplan

1