IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



RECEIVED JAN 1 5 2008 JUDGE KAPLAN'S CHAMBERS

| | |
|---|---|
| INNOVATION BARGAIN, LLC D/B/A IPACKSOLUTION<br><br>          Plaintiff,<br><br>v.<br><br>WESSCO INTERNATIONAL<br><br>          Defendant. | Civil Action No. 07-CV-9845<br><br>NOTICE OF DISMISSAL |

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

PLEASE TAKE NOTICE that the above-entitled action is hereby dismissed without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

DATED: December 11, 2007

*Gerard P Norton*
_____
Gerard P. Norton, Esquire
Fox Rothschild LLP
100 Park Ave., Suite 1500
New York, NY 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
gnorton@foxrothschild.com
Attorneys for Plaintiffs

SO ORDERED:

Dated:  New York, New York

    1/15, 2008

_____
United States District Judge Lewis A. Kaplan

1